# 15-25-00050-CV

April 29, 2025

Clerk of the Court
Fifteenth Court of Appeals
William P. Clements, State Office Building
300 West 15th Street, Suite 607
Austin, TX 78701

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

4/30/2025 9:58:38 AM

CHRISTOPHER A. PRINE
Clerk

Re:  Elite Concepts vs. Field
     Trial Court Cause No. 471-05833-2022
     Court of Appeals No. 05-25-00280-CV

Dear Clerk of the Court:

     There was a delay in receiving payment and working on this appeal after receiving the first notice of appeal.  I was informed that we were waiting to make sure the appeal was going forward due to some deadlines the attorneys were working with.  Therefore, I would respectfully request an extension of 30 days, until June 1, 2025, to complete and file the reporter's record.

Thank you for your consideration.


                    Sincerely,


                    /s/ Denise Carrillo
                    Denise Carrillo, CSR, RMR, CRR
                    Texas CSR #9269
                    Official Court Reporter
                    471st District Court
                    2100 Bloomdale Rd., Suite 30276
                    McKinney, Texas 75071
                    Telephone:  972.547.1803
                    dcarrillo@co.collin.tx.us
                    Expiration:  5/31/2026